# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Cindy Angus</u>

Civil Case # 1:14-cv-06002-RLY-TAB

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

The Court has considered the surviving son of Plaintiff-decedent Cindy Angus, Tristain Lumpkins-Adamaecz's Motion to Substitute Party Plaintiff and for Leave to File Second Amended Short Form Complaint, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 27512.]

IT IS THEREFORE ORDERED that: (1) Tristain Lumpkins-Adamaecz, as Heir and Representative of the Estate of Cindy Angus, Deceased, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to file a Second Amended Short Form Complaint; and, (3) the Second Amended Short Form Complaint is hereby deemed filed as of the date of this order. The Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record in this matter.

Date: 2/3/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.